People v Hendrix (2024 NY Slip Op 06520)

People v Hendrix

2024 NY Slip Op 06520

Decided on December 20, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on December 20, 2024

PRESENT: CURRAN, J.P., BANNISTER, OGDEN, NOWAK, AND KEANE, JJ. (Filed Dec. 20, 2024.) 

MOTION NO. (287/02) KA 99-01532.

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT, 
v
ELROY HENDRIX, a/k/a ELERO HENDRIX, DEFENDANT-APPELLANT.

MEMORANDUM AND ORDER
Motion for writ of error coram nobis and other relief denied.